

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of S.P.R., a child,       * From the 118th District Court
                                            of Howard County,
                                           Trial Court No. 50,160.

No. 11-16-00100-CV                        * October 4, 2016

                                          * Memorandum Opinion by Bailey, J.
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)


       This court has inspected the record in this cause and concludes that there is
no error in the order below.  Therefore, in accordance with this court's opinion,
the order of the trial court is in all things affirmed.